
**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE INDICTMENT AND ARREST WARRANT AGAINST ARSHAM RASHIDI DIZAJGAN | Case No. SAG 25-0347<br><br>**Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland and Christina A. Hoffman, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order sealing the arrest warrant and indictment in this matter, and in support thereof states:

1. On or about November 12, 2025, the grand jury for the District of Maryland returned an Indictment charging Arsham Rashidi Dizajgan with one count of transmitting an interstate communication of a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

2. The defendant is not aware of the Indictment and arrest warrant against him. Public disclosure of the Indictment or arrest warrant for the defendant could therefore jeopardize the government's investigation by causing the defendant to change patterns of behavior, move or destroy evidence, flee from prosecution, and/or influence witnesses to their criminal activities.

WHEREFORE, the government respectfully requests that the Indictment and arrest warrant, along with this motion and the Court's reasons for sealing, be sealed until further order of this Court.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


USDC-BALTIMORE
'25 NOV 12 PM 3:28

By: _____/s/_____
Christina A. Hoffman
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
410-209-4800