# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE INDICTMENT AND ARREST WARRANT AGAINST ARSHAM RASHIDI DIZAJGAN | Case No. SAG-25-347 |

## GOVERNMENT'S MOTION TO UNSEAL

Comes now the United States of America, by and through its Attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland and Christina A. Hoffman, Assistant U.S. Attorney for said District, and hereby moves this Honorable Court for an Order unsealing the arrest warrant and indictment in this matter, and in support thereof states:

1. On or about November 12, 2025, the grand jury for the District of Maryland returned a sealed indictment charging Arsham Rashidi Dizajgan with six counts of transmitting in interstate or foreign commerce a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

2. At the time the indictment was returned, the defendant was not in custody and was not aware of the indictment or arrest warrant against him. The defendant was arrested this morning, November 19, 2025. Accordingly, there is no longer a reason to seal the indictment or arrest warrant.

WHEREFORE, the government respectfully requests that the indictment and arrest warrant, along with the motion to seal and the Court's reasons for sealing, be unsealed.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Christina A. Hoffman
Assistant United States Attorney

36 South Charles Street
Baltimore, Maryland 21201
410-209-4800